## STATE OF CONNECTICUT *v.* PEDRO OLIVERO
### (AC 19083)

Schaller, Hennessy and Pellegrino, Js.

Argued April 3—officially released April 25, 2000

Per Curiam. The judgment is affirmed.